Harris Trust and Savings Bank, as executor of the estate of Albert Merrill Coit, deceased, defendant in error, v. Robert H. Coit et al., defendants. Alice Bovard, plaintiff in error. Gen. No. 37,690.

Opinion filed February 25, 1935.

Thomas C. McConnell and Owen Rall, for plaintiff in error; C. Graydon Megan, of counsel. Wm. F. Peter, for defendant in error. Samuel S. Holmes, for Robert H. Coit and Charles G. Coit.

Mr. Justice McSurely delivered the opinion of the court.

Anna Olson, appellant, v. South Chicago Savings Bank, appellee. Gen. No. 37,775.

Opinion filed February 25, 1935.

Peden, Melaniphy, Ryan & Andreas, for appellant; Thomas J. Peden, Gerald Ryan and John C. Melaniphy, of counsel. Schnackenberg, Hansen & Towle, for appellee; Elmer J. Schnackenberg, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

Egnat Philips, appellee, v. Charles Pfander, appellant. Gen. No. 37,845.

Opinion filed February 25, 1935.

Myer H. Gladstone, for appellant. Eugene Bernstein, for appellee; Maxfield Weisbrod, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

Charles G. Morgenroth and Marie Morgenroth, appellees, v. Midland Oil Company, appellant. Gen. No. 37,594.

McSurely, J., dissenting. Opinion filed February 25, 1935.

Cassels, Potter & Bentley and Edward J. Rothman, for appellant; Ralph F. Potter, Leslie H. Vogel and E. Douglas Schwantes, of counsel. Bernard W. Vinissky and Julius S. Neale, for appellees.

Mr. Justice Matchett delivered the opinion of the court.